UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAYANN WILLIAMS,

                    Plaintiff,

        -against-

KILOLO KIJAKAZI,
Acting Commissioner of the Social Security
Administration,

                    Defendant.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __1/14/2026__ |

23 Civ. 3908 (AT) (GS)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the motion for attorney's fees filed by Plaintiff's attorney, Lewis B. Insler. *See* ECF No. 17; *see also* Decl., ECF No. 18; Mem., ECF No. 19. Accordingly, the Court APPROVES the contingent fee arrangement. *See* Decl. ¶¶ 8–9; ECF No. 18-1 (retainer agreement). Plaintiff secured a fully favorable decision finding her disabled after this case was remanded to the Commissioner of Social Security, *see* Mem. at ¶¶ 3–6; ECF Nos. 18-2, 18-3, Mr. Insler was notified of the decision on January 11, 2026, Decl. ¶ 7, and the requested fees are reasonable in light of the services rendered. *See Fields v. Kijakazi*, 24 F.4th 845, 853–56 (2d Cir. 2022); *see also* Mem. 4–6; Time Records, ECF No. 18-4. The Court approves an award of $11,934.50 pursuant to 42 U.S.C. § 406(b) for attorney's fees, *see* Decl. at 3.

       Upon receipt of attorney's fees in excess of $4,275.00, Mr. Insler shall return the Equal Access to Justice Act fee award of $4,275.00 to Plaintiff. *See* Decl. ¶ 6. By **February 17, 2026**, Mr. Insler shall file proof on the docket certifying compliance with this order.

       The Clerk of Court is respectfully directed to terminate the motion at ECF No. 17.

       SO ORDERED.

Dated: January 14, 2026
      New York, New York

                                    _____
                                      ANALISA TORRES
                               United States District Judge