UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAYANN WILLIAMS,

                Plaintiff,

      -against-

KILOLO KIJAKAZI,
Acting Commissioner of the Social Security
Administration,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/20/2026

23 Civ. 3908 (AT) (GS)

**ORDER**

ANALISA TORRES, District Judge:

By order dated January 14, 2026, the Court ordered Plaintiff's attorney, Mr. Lewis B. Insler, to certify his compliance with the terms of the Court's order by February 17, 2026. ECF No. 20. That submission is now overdue. Accordingly, Mr. Insler shall certify compliance by **February 27, 2026**.

      SO ORDERED.

Dated: February 20, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge